UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN HUNT,

    Plaintiff,

v.

ISAAC OLIVARES,

    Defendant.

Case No. 19-cv-01604-JST

**ORDER OF DISMISSAL**

Plaintiff, an inmate at Kern Valley State Prison, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. On May 14, 2019, the Court determined that the complaint failed to state a claim upon which relief may be granted. ECF No. 12. The Court granted Plaintiff leave to file an amended complaint no later than June 11, 2019, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. *Id.* at 3. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the Court's May 14, 2019 Order of Dismissal with Leave to Amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 20, 2019

_____
JON S. TIGAR
United States District Judge